IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01086-WYD-MJW

MAZEL GROUP, LLLP, a Colorado limited partnership,

    Plaintiff,

v.

BRIGITTE GRIMM, as Treasurer of Adams County;
MICHAEL R. LINSENMAN;
TERRY LYNN LINSENMAN;
PHILLIP E. LYLE;
SALLY WATKINS AND JOHN W. WATKINS, as conservators of the Estate of Marion Treece;
WAKEFIELD AND ASSOCIATES, INC.;
UNITED STATES TREASURY-INTERNAL REVENUE SERVICE;
CITY OF AURORA; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

## ORDER OF REMAND

THIS MATTER comes before the Court on the Unopposed Motion of the United States of America to remand this case to the Adams County District Court.  Upon review of the motion, the papers filed in support thereof, and the rest of the record herein, the Court finds that the United States has disclaimed any interest in the subject property of this action, and that the Court no longer has subject matter jurisdiction.

Accordingly, the Unopposed Motion of the United States of America to remand this case to the Adams County District Court (ECF Doc. #11), filed August 11, 2011, is

**GRANTED.** it is further

ORDERED that this action be remanded to the Adams County District Court for further proceedings. It is further

ORDERED, that the Clerk of Court shall send a copy of this order and a copy of the docket to the Clerk of Adams County District Court, Brighton, Colorado.

Dated: August 11, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE